**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARC DESROSIERS** ) <br> **1038 S. Frederick Street, #931** ) <br> **Arlington, VA 22204** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) Civil Action No. <br> ) <br> **CVS PHARMACY, INC.** ) <br> **1015 15th Street, NW, Suite 1000** ) <br> **Washington, DC 20005** ) <br> ) <br> **Defendant.** ) <br> ) **JURY TRIAL DEMANDED** | |

**COMPLAINT**
**(Sex Discrimination & Retaliation)**

Pursuant to Federal Rule of Civil Procedure Rule 3, Plaintiff Marc Desrosiers (hereafter "Plaintiff"), by his undersigned attorney, hereby files his Complaint.

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction of the subject matter of this complaint pursuant to 28 U.S.C. § 1331, because this is an action arising under the laws of the United States, specifically, Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e-5(f).

1. In or about December 14, 2017, Plaintiff filed a formal Charge of Discrimination in EEOC No. 570-2018-00613 with the U.S. Equal Employment Opportunity Commission (hereinafter "EEOC").

2. The EEOC accepted Plaintiff's Charge of Discrimination as timely.

3. Defendant was duly notified about Plaintiff's administrative complaint.

4. On January 5, 2018, the EEOC issued Plaintiff a Notice of Right to Sue, by regular mail, which he received on January 8, 2018.

5. This Complaint is filed within 90 days after Plaintiff received the Notice of Right to Sue on her EEOC complaint.

6. Plaintiff has exhausted the administrative remedies available to her under 42 U.S.C. §§ 2000e, *et seq.*, and all conditions precedent have occurred or been performed.

7. Venue in this District and in this Division is appropriate pursuant to 28 U.S.C. §§ 1391(b)(1) and 1391(c), as Defendant CVS Pharmacy, Inc. (hereinafter "Defendant") has extensive and deliberate contacts in this jurisdiction, including a store location at 1100 4th Street, SW, Washington, DC 20024, where Plaintiff worked.

## II. THE PARTIES

8. Plaintiff is a resident of Virginia and a former employee of Defendant.

9. Defendant is a major pharmacy chain. Defendant is a person within the meaning of 42 U.S.C. § 2000e(a) and an employer within the meaning of 42 U.S.C. § 2000e(b), employing more than 500 employees.

## III. FACTS CENTRAL TO PLAINTIFF'S CLAIMS

10. Plaintiff is a Male.

11. In or about March of 2016, Defendant hired Plaintiff as a Pharmacy Technician.

12. Plaintiff was the only male Pharmacy Technician.

13. Beginning in mid-September of 2016, Plaintiff was harassed by Rajan Singh, Pharmacist, and was treated differently than his female colleagues.

14. In or around the same time, Plaintiff experienced sexual harassment from four different female Pharmacy Technicians.

15. The sexual harassment that Plaintiff experienced from his female colleagues included, but was not limited to, physical threats and verbal intimidation/abuse.

16. The sexual harassment that Plaintiff endured from his female colleagues occurred on a frequent basis over an almost seven-month time period.

17. Plaintiff reported the sexual harassment to Defendant and requested a transfer from his original store location.

18. Although Defendant transferred Plaintiff to several locations, Defendant unfairly terminated him on April 19, 2017.

19. As a result of the Defendant's actions, Plaintiff has suffered loss of income, emotional distress, and pecuniary damages.

## IV. STATEMENT OF CLAIMS

### Count I: Gender Discrimination – Disparate Treatment (Title VII)

20. Plaintiff adopts and incorporates by reference ¶¶ 1-19 above.

21. Plaintiff is a male who was treated differently than his non-male colleagues when he was harassed by his supervisor and subject to sexual harassment by his colleagues.

22. Defendant unlawfully discriminated against Plaintiff based on his gender in violation of Title VII.

### Count II: Gender Discrimination – Hostile Work Environment (Title VII)

23.  Plaintiff adopts and incorporates by reference ¶¶ 1-22 above.

24. Plaintiff is a male who was subjected to sexual harassment by his female colleagues over an almost seven-month period.

25. Defendant's treatment of Plaintiff occurred with frequency and was severe and pervasive.

26. Defendant unlawfully discriminated against Plaintiff based on her race in violation of Title VII.

### Count III: Retaliation (Title VII)

27. Plaintiff adopts and incorporates by reference ¶¶ 1-26 above.

28. Plaintiff had engaged in prior protected activity under Title VII when he filed a prior EEOC complaint against Defendant.

29. Defendant retaliated against Plaintiff after he returned to work for Defendant by unfairly disciplining him which led to his termination.

30. As a result of Defendant's violations of the Title VII retaliation clause, Plaintiff has suffered and is suffering injuries, including loss of past, present, and future earnings and considerable mental distress.

### IV. REMEDIES SOUGHT

31. WHEREFORE, Plaintiff respectfully requests that the Court issue a judgment granting her the following relief from Defendant:

    a. A declaratory judgment that defendant discriminated against Plaintiff, as alleged herein;

    b. Back pay, including without limitation other lost benefits due to Defendant's discrimination against Plaintiff;

    c. Compensatory and punitive damages, pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §§ 1981a(a)(2), 1981a(b)(3)(A), for taking these actions with malice and bad faith;

    d. Prejudgment and post judgment interest on all damages, on the lost compensation and compensatory damages;

    e. Reasonable attorneys' fees and costs under 42 U.S.C. §§ 1981a, 2000e-5(k); and

    f. Such other and further relief as to the Court seems just and warranted.

## VI. JURY TRIAL DEMAND

32. Plaintiff requests a jury trial on all issues of fact and damages arising herein.

                                      Respectfully submitted,

                                      *Edgar Ndjatou*

                                      _____
                                      EDGAR NDJATOU ( Federal Bar No. 18107)
                                      McCree Ndjatou, PLLC
                                      1828 L Street, NW, Suite 600
                                      Washington, D.C. 20036
                                      T: (202) 290-3724
                                      F: (202) 370-7173
                                      endjatou@mnlawyerspllc.com
                                      *Plaintiff's Counsel*